IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| ADRIAN TRUCKING, INC., | No. 20-cv-00099 |
| Plaintiffs, | |
| vs. | DEFENDANTS' MOTION TO DISMISS COMPLAINT and REQUEST FOR ORAL ARGUMENT |
| NAVISTAR, INC., and CENTRE STATE INTERNATIONAL TRUCKS, INC., | |
| Defendants. | |

Defendants Navistar, Inc. ("Navistar") and Centre State International Trucks, Inc. ("Centre State") (collectively, "Defendants"), hereby move this Court, pursuant to Federal Rules of Civil Procedure 9(b) and 12(c), to dismiss the Complaint filed by plaintiff Adrian Trucking, Inc. for the following reasons: (1) Plaintiff's complaint does not give Defendants notice regarding which claims it alleges against which Defendants; (2) Plaintiff's fraud allegations fail to state a claim under the heightened pleading standard required by Rule 9(b); (3) Plaintiff's negligent misrepresentation claim fails to meet Rule 8(a)'s standard and is barred by Iowa law; (4) Plaintiff's express warranty allegations fail to state a claim under Rule 8(a); and (5) Plaintiff's express and implied warranty allegations fail to state a claim against Navistar as a matter of law. Dismissal of the complaint is appropriate.

Pursuant to Local Rule 7(d), Defendants incorporate by reference the attached Brief in support of this Motion.

Defendants also respectfully ask the Court to grant oral argument on this motion.

WHEREFORE, for the reasons stated above and in its Brief, Defendants Navistar, Inc. and Centre State International Trucks, Inc. respectfully requests that the Court grant its Motion to

Dismiss Plaintiff's Complaint and dismiss Plaintiff's claims with prejudice, and grant Defendants all other relief this Court deems just and warranted under the circumstances. Alternatively, Plaintiff should be required to re-plead if it can allege sufficient facts to support its claims consistent with Rule 9(b) and Rule 8(a).

Respectfully submitted,

*/s/ Clayton J. Callen*
**JEFFREY S. PATTERSON\***
jpatterson@hartlinebarger.com
**CLAYTON J. CALLEN\***
ccallen@hartlinebarger.com
**BRIAN SAWYER\***
bsawyer@hartlinebarger.com

**HARTLINE BARGER LLP**
8750 North Central Expressway, Suite 1600
Dallas, Texas 75231
Telephone: (214) 369-2100
Telecopier: (214) 369-2118

**\* pro hac vice motions forthcoming**

By  */s/ Stephanie Hinz*
**TERRY J. ABERNATHY** AT0000380
tabernathy@pbalawfirm.com
**BRADLEY J. KASPAR** AT0012308
bkaspar@pbalawfirm.com
**STEPHANIE HINZ** AT0003506
shinz@pbalawfirm.com

**PICKENS, BARNES & ABERNATHY**
1800 First Avenue NE, Suite 200
P.O. Box 74170
Cedar Rapids, IA 52407-4170
PH: (319) 366-7621
FAX: (319) 366-3158

**ATTORNEYS FOR DEFENDANTS**